OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICE P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 787... POSTAGE ≫ PITNEY BOWES

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401623 DEC 01 2015

**11/30/2015**
**LESTER, DAVID ALLEN**      Tr. Ct. No. 17086-A              **WR-84,249-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

DAVID ALLEN LESTER
SAN JACINTO COUNTY JAIL #1709490
75 W CEDAR AVE                            ANK
COLDSPRING, TX 77331

RTS
no longer
here.

N3B 77331